[Nos. 46591-4-II; 47371-2-II;   Division Two.   December 22, 2015.]
47381-0-II.

*In the Matter of the Dependency of* A.H. ET AL.

Appeals from a judgment of the Superior Court for Thurston County, No. 14-7-00013-3, Lisa L. Sutton, J., entered July 25, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 46600-7-II.   Division Two.   December 22, 2015.]

TERRY L. BROWN, SR., *Appellant*, v. JENNIFER A. CRANE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-03934-0, Brian M. Tollefson, J., entered July 31, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46707-1-II.   Division Two.   December 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BURTON FALCONER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00553-6, Michael H. Evans, J., entered September 2, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.

[No. 46771-2-II.   Division Two.   December 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL FOREST WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00401-3, Gary R. Tabor, J., entered October 9, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.